IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PIERRE BEAUDOUIN and MARIE BEAUDOUIN, | : | |
| | : | |
| Appellants, | : | CIVIL ACTION NO. 19-4027 |
| | : | |
| v. | : | |
| | : | |
| VILLAGE CAPITAL & INVESTMENT LLC, | : | |
| | : | |
| Appellee. | : | |

## **ORDER**

**AND NOW**, this 13th day of March, 2020, after considering the notice of appeal filed by the appellants, Pierre and Marie Beaudouin, from United States Bankruptcy Judge Jean K. FitzSimon's order of August 19, 2019, which denied the appellants' motion to vacate or modify a July 31, 2019 order granting relief from the bankruptcy stay to the appellee (Doc. No. 1); and after considering the appellants' brief (Doc. No. 5), the appellee's brief (Doc. No. 7), the appellants' reply brief (Doc. No. 9), and the applicable bankruptcy court record; and after hearing oral argument from counsel for the parties on January 16, 2020; and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The August 19, 2019 order of Judge Jean K. FitzSimon is **AFFIRMED**; and

2. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.